# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East, Ste 1595
Brooklyn, NY 11201-1800
(347) 394-1700

_____

In Re:                                                                Case No. 16-44479-nhl
     Phyllis Brown
                                                           Chapter 13

_____

      Filing fee of $ 310.00 must be paid in order for the debtor to receive a discharge of debts.

      There is a balance due of  $ 270.00.

      If the filing fee is not paid within ten(10) days of this notice of delinquency, a hearing to dismiss the petition will be scheduled.

      Please enclose a money order payable to "CLERK, U.S. BANKRUPTCY COURT".


                                               ROBERT A. GAVIN, JR.
                                               Clerk of Court


                                               By:    Michelle Cuzzo
                                                  Financial Specialist


Date: 11/21/2016
Brooklyn, New York