UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
In re:

Phyllis Brown,

                       Debtor.
-----------------------------------------------x

Case No. 1-16-44479-nhl

Chapter 13

## ORDER DISMISSING CASE

WHEREAS, on October 3, 2016, Phyllis Brown (the "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on November 20, 2016, the Court issued an Order to Show Cause why the case should not be dismissed for failure to file schedules under 11 U.S.C § 521(i); and

WHEREAS, on December 14, 2016, the Court held a hearing on the Order to Show Cause, at which there was no appearance by or on behalf of the Debtor; and

WHEREAS, the Debtor failed to file Schedules A/B, D, E/F, I, and J; Statement of Financial Affairs; Statement of Your Current Monthly Income and Calculation of Commitment Period; and Copies of Pay Statements; it is hereby

ORDERED, that this case is dismissed.



**Dated: December 17, 2016**
      **Brooklyn, New York**

_Nancy Hershey Lord_
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

TO:

Phyllis Brown
88 Fenimore Avenue
Brooklyn, NY 11225