# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: <br>   Phyllis Brown <br> Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: <br>   xxx−xx−7524 <br>               DEBTOR(s) | CASE NO: 1−16−44479−nhl <br><br> CHAPTER: 13 |

## NOTICE OF DISMISSAL OF CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on October 3, 2016, and an order having been entered by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on December 17, 2016 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: December 19, 2016

                                              For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev. 12/08/15]