Case 1-16-44479-nhl    Doc 22-2    Filed 12/17/16    Entered 12/19/16 09:18:15

# Notice Recipients

District/Off: 0207−1        User: dcapers        Date Created: 12/19/2016
Case: 1−16−44479−nhl        Form ID: 227         Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8886755        OCWEN LOAN SERVICING
                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr            Marianne DeRosa        Derosa@ch13mdr.com
                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Phyllis Brown         88 Fenimore Avenue         Brooklyn, NY 11225
smg           Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building         201 Varick Street, Suite 1006         New York, NY 10014
8886743       2010−A− TRUST AND         2011 FLATBUSH AVENUE         BROOKLYN NY 11234
8886739       ANA CARPIO MORALES         2011 FLATBUSH AVENUE         BROOKLYN NY 11234
8886750       ANA IRIS CARPIO, AS ADMINISTRATIX        OF THE ESTATE OF MANUEL CARPIO         2011 FLATBUSH AVENUE         BROOKLYN NY 11234
8886747       CITY OF NEW ENVIRONMENTAL CONTROL BOARD         P.O. BOX 2339         PECK SLIP STATION         NEW YORK NY 10272−2339
8886752       CON EDISON         JAF STATION         P.O. BOX 1702         NEW YORK NT 10116−1702
8886748       CONSOLIDATED EDISON COMPANY         OF NEW YORK INC.         4 IRVING PLACE         NEW YORK NY 10003
8921373       Consolidated Edison Company of New York, Inc.         4 Irving Place, Room 1875−S         New York, New York 10003         Attn: Bankruptcy Group
8886738       FRANK JOSEPH RIO         2011 FLATBUSH AVENUE         BROOKLYN NY 11234−3522
8886740       IRIS CARPIO         2011 FLATBUSH AVENUE         BROOKLYN NY 11234
8886751       JUSTIN GROSSMAN         BADGE 28         378 93RD STREET, SUITE 1         BROOKLYN NY 11209
8886742       MANUEL CARPIO         CARPIO DENTONE A/K/A         ANTONIO JIM A/K/A         2011 FLATBUSH AVENUE         BROOKLYN NY 11234
8886741       MANUEL CARPIO         JULIO BERMUDEZ A/K/A         EDUARDO DENTONE A/K/A         2011 FLATBUSH AVENUE         BROOKLYN NY 11234
8886737       NYC DEPARTMENT OF HOUSING         PRESERVATION & DEVELOPMENT         100 GOLD STREET         NEW YORK, NY 10038
8886749       NYC DEPARTMENT OF TAXATION AND         FINANCE         210 JORALEMON STREET         BROOKLYN NY 11201
8920163       NYC Office of Administrative Trials and Hearings         66 John St., 10th Fl.         New York, NY 10038
8886745       NYC WATER BOARD         P.O. BOX 11863         NEWARK NJ 07101−8163
8915760       National Grid         300 Erie Blvd W         Syracuse, NY 13202
8887885       New York City Water Board         Andrew Rettig         Assistant Counsel         59−17 Junction Boulevard         Elmhurst, NY 11373−5108
8886753       PORTFOLIO RECOVERY ASSOCIATES, LLC         120 CORPORATE BLVD         NORFOLK, VA 235002
8886754       PORTFOLIO RECOVERY ASSOCIATES, LLC         P.O.BOX 12914         NORFOLK VA 23541
8920162       Simone Salloum         66 John St., 10th Fl.         New York, NY 10038
8886744       THE BANK OF NEW YORK MELLON         AS COL AGENT & CUSTODIAN FOR         THE NYCTL−2010 A TRUST         101 BARCLAY STREET         NEW YORK NY 10004
8886746       THE ENVIRONMENTAL CONTROL BOARD         66 JOHN STREET, 10TH FLOOR         NEW YORK NY 10038
                                                                                TOTAL: 25